APPENDIX G



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

12    6797    FILED

DEC 0 5 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

INFINITY COMPUTER PRODUCTS, INC. :
:
V.                                : Civil Action
:  No: _____
:
OKI DATA AMERICAS, INC.           :

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓]   The nongovernmental corporate party, INFINITY COMPUTER PRODUCTS, INC.
      , in the above listed civil action does not have any parent corporation and
      publicly held corporation that owns 10% or more of its stock.

[ ]   The nongovernmental corporate party, _____
      , in the above listed civil action has the following parent corporation(s) and
      publicly held corporation(s) that owns 10% or more of its stock:

      _____
      _____
      _____
      _____

12/5/2012                          [signature]
Date                               Signature

        Counsel for:   INFINITY COMPUTER PRODUCTS, INC.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a)   WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
        two copies of a disclosure statement that:
        (1)   identifies any parent corporation and any publicly held corporation
              owning10% or more of its stock;  or

        (2)   states that there is no such corporation.

  (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
        (1)   file the disclosure statement with its first appearance, pleading,
              petition, motion, response, or other request addressed to the court;
              and
        (2)   promptly file a supplemental statement if any required information
              changes.