# Exhibit B

| | |
|---|---|
| **From:** | Stephanie O`Byrne |
| **To:** | doug@hgdlawfirm.com |
| **Subject:** | Oki Data |
| **Date:** | Wednesday, January 23, 2013 11:31:00 AM |

Hi Doug,

Here is my contact information.  We plan to prepare file the motion to dismiss the willfulness allegations in the severed complaint shortly, so your attention to the inquiry of whether Infinity plans to stand by its initial, general allegations is much appreciated.

Regards,
Stephanie

Stephanie E. O'Byrne, Esq.
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
P.O. Box 1948
Wilmington, DE  19801
(302) 298-0709 (direct)
(302) 300-4026 (fax)
sobyrne@shawkeller.com
www.shawkeller.com

NOTE:  This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individuals(s) to which it is addressed.  If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copy of this email or the information contained in it or attached to it is strictly prohibited.  If you have received this email in error, please delete it and immediately notify the person named above by reply email.  Thank you.