# Exhibit C

**From:**          Stephanie O`Byrne
**To:**            "doug@hgdlawfirm.com"
**Subject:**       Infinity v. Oki Data EDPA 12-6797-LDD
**Date:**          Tuesday, January 29, 2013 10:16:00 AM

Good morning Doug,

Just a follow-up to my voicemail of yesterday afternoon as to whether you have any information on whether Infinity plans to supplement its severed complaint in the Oki Data action, or whether it will stand by its willfulness allegations.
As I stated, a response would be appreciated today.

Best,
Stephanie

Stephanie E. O'Byrne, Esq.
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
P.O. Box 1948
Wilmington, DE  19801
(302) 298-0709 (direct)
(302) 300-4026 (fax)
sobyrne@shawkeller.com
www.shawkeller.com

NOTE:  This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individuals(s) to which it is addressed.  If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copy of this email or the information contained in it or attached to it is strictly prohibited.  If you have received this email in error, please delete it and immediately notify the person named above by reply email.  Thank you.