APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC. | : CIVIL ACTION |
| v. | : |
| OKI DATA AMERICAS, INC. | : NO. 2:12-cv-06797 |

**FILED**

FEB 1 9 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 19th Day of February, 2013, it is hereby

ORDERED that the application of <u>Andrew E. Russell</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

/s/ Legrome D. Davis
_____
                                              J.