# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC., | |
| Plaintiff, | Civil Action No. 2:12-cv-06797-LDD |
| v. | Judge LEGROME D. DAVIS |
| OKI DATA AMERICAS, INC., | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 5.1 of the U.S. District Court for the Eastern District of Pennsylvania, Douglas L. Bridges hereby notifies the Court and counsel of record that he is no longer with the firm of Heninger Garrison Davis, LLC as of March 15, 2013, and hereby withdraws as counsel for Plaintiff Infinity Computer Products, Inc. and requests to be removed from the CM/ECF system for the Eastern District of Pennsylvania with regard to this matter.

Date: <u>March 18, 2013</u>

        */s/ Douglas L. Bridges*
        Douglas L. Bridges, *Pro Hac Vice*
          E-mail: dbridges@hgdlawfirm.com
        **HENINGER GARRISON DAVIS, LLC**
        169 Dauphin Street, Suite 100
        Mobile, Alabama 36602
        Telephone: (251) 298-8701
        Facsimile: (205) 547-5504

        Robert L. Sachs, Jr.
          E-mail: RSachs@shragerlaw.com
        **SHRAGER, SPIVEY & SACHS**
        One Commerce Square
        2005 Market Street, Suite 2300
        Philadelphia, PA 19103
        Telephone: (215) 568-7771
        Facsimile: (215) 568-7495

        ***Attorneys for Infinity Computer Products, Inc.***

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing using the CM/ECF system.

Dated: <u>March 18, 2013</u>

                                   <u>*/s/ Douglas L. Bridges*</u>
                                   Douglas L. Bridges, Esq., *Pro Hac Vice*