UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OKI DATA AMERICAS, INC., <br><br> Defendant. | Civil Action No. 2:12-cv-06797-LDD <br><br> Judge LEGROME D. DAVIS |

**PLAINTIFF'S STATUS REPORT
CONCERNING REEXAMINATIONS
OF U.S. PATENT NOS. 6,894,811, 7,489,423, 8,294,915, AND 8,040,574**

Comes now, Plaintiff Infinity Computer Products, Inc. ("Plaintiff" or "Infinity") to provide this Status Report concerning the reexaminations of U.S. Patent Nos. 6,894,811 (the "'811 Patent"), 7,489,423 (the "'423 Patent"), 8,294,915 (the "'915 Patent"), and 8,040,574 (the "'574 Patent") (collectively the "Patents-in-Suit"), as required by this Court's Order. (*see* Dkt. No. 20)

**I. BACKGROUND**

The Complaint in this matter, filed in this Court on December 5, 2012 (*see* Dkt. No. 1), alleges infringement of the Patents-in-Suit by Defendant Oki Data Americas, Inc. (Civil Action No. 2:12-cv-06797-LDD). On or about March 22,

2013, Ricoh Americas Corporation, defendant in a parallel action brought by Plaintiff (Civil Action No. 2:12-cv-06807-LDD) filed with the United States Patent and Trademark Office ("USPTO") *ex parte* reexamination requests for each of the Patents-in-Suit, pursuant to 35 U.S.C. § 302, as follows:

| Application No. | Re-Examination of: |
|---|---|
| 90/012,815 | 11/084,297 ('423 Patent) |
| 90/012,816 | 08/669,056 ('811 Patent) |
| 90/012,817 | 12/322,908 ('574 Patent) |
| 90/012,818 | 13/317,310 ('915 Patent) |

The USPTO subsequently granted all reexamination requests.

As a result of the reexamination requests, Defendant filed its Motion to Stay. (*see* Dkt. No. 32) This Court granted Defendant's Motion to Stay on May 22, 2013 and ordered the parties to file periodic status reports every 90 days to keep the Court apprised of the status of the reexaminations. (*see* Dkt. No.35)

## II. ACTIVITY SINCE STAY WAS GRANTED

A. Plaintiff has Responded to the USPTO.

Since this Court granted Defendant's Motion for Stay, Plaintiff has met in person with the examiners assigned by the USPTO to the reexamination requests. In addition, Plaintiff filed its reexamination responses with respect to the '811, '423 and '915 patents on July 24, 2013 and on or before July 29, Plaintiff

filed its reexamination response with respect to the '574 patent. To the best of Plaintiff's knowledge and belief, all that remains is for the USPTO to render its determination to conclude the reexamination process.

    B.    <u>Other Activity</u>.

Since this Court granted Defendant's Motion for Stay, there has been no other activity between Plaintiff and Defendant within the scope of this Court's request for status reports under the Order granting Defendant's Motion for Stay.

Respectfully submitted;

Date: <u>August 20, 2013</u>

                                  */s/ Robert L. Sachs, Jr.*
                                  Robert L. Sachs, Jr., Esq.
                                  E-mail: RSachs@shragerlaw.com
                                  **SHRAGER, SPIVEY & SACHS**
                                  One Commerce Square
                                  2005 Market Street, Suite 2300
                                  Philadelphia, PA 19103
                                  Telephone: (215) 568-7771
                                  Fax: (215) 568-7495

                                  *Attorney for Infinity Computer Products, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing using the CM/ECF system.


Date: <u>August 20, 2013</u>

                                       */s/ Robert L. Sachs, Jr.*
                                       Robert L. Sachs, Jr., Esq.