IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OKI DATA AMERICAS, INC. | : | No. 12-6797 |

ORDER

AND NOW, this 29th day of October 2013, it is hereby ORDERED that the parties shall update the Court on the status of the reexaminations of U.S. Patent Nos. 6,894,811, 7,489,423, 8,294,915, and 8,040,574 (1) every ninety (90) days, and (2) within 7 days of the USPTO's issuance of a final determination regarding any of these patents.  It is further ORDERED that the Court's Order dated May 22, 2013, Doc. No. 35, is VACATED only to the extent that this Order supersedes the schedule imposed for the regular 90-day updates required by the previous Order.[1]

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] We vacate our earlier Order to allow the parties to update the Court on all 12 related cases on the same day if the USPTO has not issued a final determination regarding any of the patents before 90 days have passed.