IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-6797-LDD |
| | ) | |
| OKI DATA AMERICAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

Please take notice that Andrew E. Russell is no longer with the law firm of Shaw Keller LLP and withdraws as counsel of record for Oki Data Americas, Inc. ("Oki Data"). Attorneys of record Marc R. Labgold, Ph.D. of Nagashima and Hashimoto as well as John W. Shaw of Shaw Keller LLP will continue to represent Oki Data in this matter. Client representatives for Oki Data were notified of Mr. Russell's withdrawal. All future communications, correspondence and/or service should continue to be made directly on Oki Data's remaining counsel of record.

|  |  |
|---|---|
|  | /s/ John W. Shaw |
| OF COUNSEL: | John W. Shaw (No. 75738) |
| Marc R. Labgold, Ph.D. | SHAW KELLER LLP |
| NAGASHIMA & HASHIMOTO | 300 Delaware Ave., Suite 1120 |
| Hirakawa-cho KS Bldg., 2nd Floor | Wilmington, DE 19801 |
| 2-4-14 Hirakawa-cho, Chiyoda-ku | (302) 298-0700 |
| Tokyo 102-0093 Japan | jshaw@shawkeller.com |
|  | *Attorney for Oki Data Americas, Inc.* |

Dated: December 17, 2014