IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| INFINITY COMPUTER PRODUCTS, INC., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-6797-LDD |
| | ) | |
| OKI DATA AMERICAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT OKI DATA AMERICAS, INC.'S STATUS REPORT**

Pursuant to the Court's October 29, 2013 Order (Dkt. No. 39), Defendant Oki Data Americas, Inc. ("Oki Data") hereby provides an update regarding the status of the *ex parte* reexaminations of the asserted patents. All four asserted patents remain subject to reexamination proceedings before the United States Patent and Trademark Office ("USPTO"). The asserted patents and reexamination Control Numbers are listed below:

| Patent No. | USPTO Control No. | Reexamination Initiation Date | Appeal No. |
|---|---|---|---|
| 7,489,423 | 90/013,207 | June 4, 2014 | 2016-004436 |
| 6,894,811 | 90/013,208 | June 19, 2014 | 2016-004437 |
| 8,040,574 | 90/013,209 | June 4, 2014 | 2016-004464 |
| 8,294,915 | 90/013,210 | June 4, 2014 | 2016-005018 |

Since Oki Data's last update to the Court on April 22, 2016 (Dkt. No. 51):

In the appeal of the reexamination of the '423 patent, the Patent Trial and Appeal Board issued a Notification of Appeal Hearing on June 14, 2016, scheduling the hearing for July 7, 2016. On June 21, 2016, the appellant filed a waiver, electing not to attend the scheduled hearing.

In the appeal of the reexamination of the '811 patent, the Patent Trial and Appeal Board

issued a Notification of Appeal Hearing on June 14, 2016, scheduling the hearing for July 7, 2016. On June 21, 2016, the appellant filed a waiver, electing not to attend the scheduled hearing.

In the appeal of the reexamination of the '574 patent, the Patent Trial and Appeal Board issued a decision reversing the examiner on June 8, 2016. This decision held that the examiner had erred in rejecting claims 3-5 and 8 of the '574 patent.

In the appeal of the reexamination of the '915 patent, an appeal was docketed on April 26, 2016, and was assigned Appeal No. 2016-005018. On June 15, 2016, the Patent Trial and Appeal Board issued a decision reversing the examiner. This decision held that the examiner had erred in rejecting claims 1-4, 6-12, 14, and 15 of the '915 patent.

|  |  |
|---|---|
| OF COUNSEL:<br>Marc R. Labgold, Ph.D.<br>NAGASHIMA & HASHIMOTO<br>Hirakawa-cho KS Bldg., 2nd Floor<br>2-4-14 Hirakawa-cho, Chiyoda-ku<br>Tokyo 102-0093 Japan<br><br>Dated: July 8, 2016 | */s/ John W. Shaw*<br>John W. Shaw (No. 75738)<br>SHAW KELLER LLP<br>300 Delaware Ave., Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>*Attorney for Oki Data Americas, Inc.* |