IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-6797-LDD |
| ) | |
| OKI DATA AMERICAS, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT OKI DATA AMERICAS, INC.'S STATUS REPORT

Pursuant to the Court's October 29, 2013 Order (Dkt. No. 39), Defendant Oki Data Americas, Inc. ("Oki Data") hereby provides an update regarding the status of the *ex parte* reexaminations of the asserted patents. A reexamination certificate has issued in all of the four reexamination proceedings before the United States Patent and Trademark Office ("USPTO"). The asserted patents and reexamination Control Numbers are listed below:

| Patent No. | USPTO Control No. | Reexamination Initiation Date | Appeal No. | Reexamination Certificate Date |
|---|---|---|---|---|
| 7,489,423 | 90/013,207 | June 4, 2014 | 2016-004436 | September 19, 2016 |
| 6,894,811 | 90/013,208 | June 19, 2014 | 2016-004437 | September 20, 2016 |
| 8,040,574 | 90/013,209 | June 4, 2014 | 2016-004464 | September 19, 2016 |
| 8,294,915 | 90/013,210 | June 4, 2014 | 2016-005018 | October 25, 2016 |

Since Oki Data's last update to the Court on September 26, 2016 (Dkt. No. 53):

In the appeal of the reexamination of the '915 patent, a reexamination certificate has issued.

|  |  |
|---|---|
|  | */s/ John W. Shaw* |
|  | John W. Shaw (No. 75738) |
|  | SHAW KELLER LLP |
|  | 300 Delaware Ave., Suite 1120 |
|  | Wilmington, DE 19801 |
|  | (302) 298-0700 |
|  | jshaw@shawkeller.com |
| OF COUNSEL: | *Attorney for Oki Data Americas, Inc.* |
| Marc R. Labgold, Ph.D. | |
| NAGASHIMA & HASHIMOTO | |
| Hirakawa-cho KS Bldg., 2nd Floor | |
| 2-4-14 Hirakawa-cho, Chiyoda-ku | |
| Tokyo 102-0093 Japan | |

Dated: November 1, 2016