IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-6797-LDD |
| | ) | |
| OKI DATA AMERICAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF ATTORNEY AND
REQUEST TO BE REMOVED FROM THE CM/ECF SYSTEM**

Pursuant to Local Rule 5.1 of the U.S. District Court for the Eastern District of Pennsylvania, the undersigned attorney hereby notifies the Court and counsel of record that Stephanie E. O'Byrne is no longer with the firm of Shaw Keller LLP.

Ms. O'Byrne may be withdrawn from this case and removed from the CM/ECF system for the Eastern District of Pennsylvania with regard to this matter.

|  |  |
|---|---|
| | */s/ John W. Shaw* |
| OF COUNSEL: | John W. Shaw (No. 75738) |
| Marc R. Labgold, Ph.D. | SHAW KELLER LLP |
| NAGASHIMA & HASHIMOTO | I.M. Pei Building |
| Hirakawa-cho KS Bldg., 2nd Floor | 1105 North Market Street, 12th Floor |
| 2-4-14 Hirakawa-cho, Chiyoda-ku | Wilmington, DE 19801 |
| Tokyo 102-0093 Japan | (302) 298-0700 |
| | jshaw@shawkeller.com |
| Dated: May 1, 2017 | *Attorney for Oki Data Americas, Inc.* |