# Infinity Computer Products Inc.

315 – Saybrook Road, Villanova, PA 19085

**Facsimile: Total 3 pages to:**
**Mia Harvey,**
**Chambers and Civil Deputy for the Honorable Judge Legrome Davis**

**Fax No.: 267 299 5076**

**From: Marvin Nachman**
**Infinity Computer Products Inc.**
**Tel.: 610 525 9953**

FILED
JUN 08 2017
KATE BARKMAN, Clerk
_____ Dep. Clerk
By

Telephone : (610) 525-9953, Fax : (610) 525- 9953 CALL FIRST, Email: scanbyfax@aol.com

# Infinity Computer Products Inc.

315 – Saybrook Road, Villanova, PA 19085

June 3, 2017

Ms. Mia Harvey
Chambers and Civil Deputy for The Honorable Judge Davis
6614 U.S. Court House
601 Market Street
Philadelphia, PA 19106

RE: Status Update to Secure Legal Representation for ICPI

Stay in Related Docket Numbers: Case 2:12 – CV - 06796 – filed – 04/30/13, Case 2:12 - CV - 06797 – filed 05/22/13, Case 2:12 – CV - 06798 – filed 04/30/13, Case 2:12 - CV - 06800 – filed 04/30/13, Case 2:12 – CV - 06802 – filed 04/30/13, CV - 06803 – filed 04/30/13, Case 2:12 – CV– 06804 – filed 04/30/13, Case 2:12 – CV– 06805 – filed 4/30/13, Case 2:12 – CV – 06806 – filed 05/15/13, Case 2:12 – CV - 06807 – filed 04/30/13. Case 2:12 - Case 2:12 – CV - 06808 – filed 4/30/13. Case No.: 2:12-cv-06799, Case No.: 2:12-cv-06801

Dear Ms. Harvey,

We have been recently contacted by several of the defendants in the above-referenced ligations who have indicated they intend to file motions to dismiss for failure to prosecute. We are presently in the final phase of negotiation with legal counsel for ICPI's representation, and expect said counsel will contact the court on ICPI's behalf in the near term.

As previously noted in our letter of December 1, 2016, the litigations have been stayed for three and one-half years due to multiple PTO reexams, which culminated in findings of validity of all of the patents in-suit by the United States Patent and Trademark Office.

Although, we have been diligent in our search for counsel during this extended period of case suspension, no law firm was willing to make a committment until after completion of the reexams.

Because of the large number of defendants, it has been a wide ranging search to secure legal representation from a firm that did not have conflicts. We are now looking forward to commencement of the case shortly.

Telephone : (610) 525-9953, Fax : (610) 525- 9953 CALL FIRST, Email: scanbyfax@aol.com

# Infinity Computer Products Inc.

315 – Saybrook Road, Villanova, PA 19085

The Court's indulgence is appreciated as we finalize negotiations for representation.

Sincerely,

*[signature]*

Marvin Nachman
CEO
Infinity Computer Prosucts Inc.
315 Saybrook Road
Villanova, PA 19085