IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INFINITY COMPUTER PRODUCTS,        :              CIVIL ACTION
INC.                               :
                                   :
                                   :
        v.                         :
                                   :
                                   :              No. 12-cv-6797
OKI DATA AMERICAS, INC.            :

ORDER

AND NOW, this 13th day of June 2017, it is hereby ORDERED that on or before July 13, 2017, counsel for the Plaintiff shall enter an appearance and file a response to Defendant's Motion to Dismiss (Doc. No. 58).

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.