IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS INC. <br><br> Plaintiff, <br><br> v. <br><br> OKI DATA AMERICAS, INC., <br><br> Defendant. | : <br> : <br> : <br> : Civil Action No.: 2:12-cv-06797-LDD <br> : <br> : <br> : <br> : <br> : |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Edward F. Behm, Jr., Esquire, as counsel on behalf of Plaintiff, Infinity Computer Products Inc. in the above matter.

        Respectfully submitted,

        */s/ Edward F. Behm, Jr.*
        Edward F. Behm, Jr. (PA ID No. 90574)
        **DILWORTH PAXSON LLP**
        1500 Market Street, Suite 3500E
        Philadelphia, PA  19102-2101
        Telephone:  215-575-7155
        Email:  ebehm@dilworthlaw.com

        *Counsel for Plaintiff,*
        *Infinity Computer Products Inc.*

Dated:  July 13, 2017

119675421_1

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2017, a copy of the foregoing Entry of Appearance was filed electronically with the Electronic Court Filing (CM/ECF) system of the United States District Court for the Eastern District of Pennsylvania, which will provide an electronic notice and copy to the attorneys of record below:

| | |
|---|---|
| John W. Shaw | Marc R. Labgold |
| SHAW KELLER LLP | NAGASHIMA & HASHIMOTO |
| I.M. Pei Building | 12007 Sunrise Valley Dr., Suite 110 |
| 1105 North Market Street, 12th Floor | Reston, VA 20191 |
| Wilmington, DE 19801 | 703-901-8860 |
| 302-298-0700 | Email: mlabgold@labgoldlaw.com |
| Email: jshaw@shawkeller.com | |

*/s/ Edward F. Behm*
Edward F. Behm, Jr.