# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>OKI DATA AMERICAS, INC.,<br><br>Defendant. | Civil Action No.: 2:12-cv-06797-LDD |

## REEXAMINATION STATUS REPORT
## BY INFINITY COMPUTER PRODUCTS INC.

Pursuant to the Court's October 29, 2013 Order (ECF No. 39), Plaintiff, Infinity Computer Products Inc., hereby provides an update regarding the status of the *ex parte* reexaminations of the asserted patents.

The asserted patents Reexamination Control Numbers and issue dates are listed below:

| Patent No. | Reexamination Control No. | Reexamination Certificate Issue Date |
|---|---|---|
| 6,894,811 | 90/013,208 | September 20, 2016 |
| 7,489,423 | 90/013,207 | September 19, 2016 |
| 8,040,574 | 90/013,209 | September 19, 2016 |
| 8,294,915 | 90/013,210 | October 25, 2016 |

The reexaminations for each of the asserted patents are now complete.

119673638_1

Respectfully submitted,

*/s/ Edward F. Behm, Jr.*
Edward F. Behm, Jr. (PA ID No. 90574)
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA  19102-2101
Telephone:  215-575-7155
Email:  ebehm@dilworthlaw.com

*Counsel for Plaintiff,*
*Infinity Computer Products Inc.*

Dated:  July 13, 2017

119673638_1

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2017, a copy of the foregoing Reexamination Status Report by Infinity Computer Products Inc. was filed electronically with the Electronic Court Filing (CM/ECF) system of the United States District Court for the Eastern District of Pennsylvania, which will provide an electronic notice and copy to the attorneys of record below:

| | |
|---|---|
| John W. Shaw | Marc R. Labgold |
| SHAW KELLER LLP | NAGASHIMA & HASHIMOTO |
| I.M. Pei Building | 12007 Sunrise Valley Dr., Suite 110 |
| 1105 North Market Street, 12th Floor | Reston, VA 20191 |
| Wilmington, DE 19801 | 703-901-8860 |
| 302-298-0700 | Email: mlabgold@labgoldlaw.com |
| Email: jshaw@shawkeller.com | |

*/s/ Edward F. Behm*
Edward F. Behm, Jr.

119673638_1