IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS INC. | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 2:12-cv-06798-LDD |
| SAMSUNG ELECTRONICS AMERICA, INC., | : |
| Defendant. | : |

### ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Edward F. Behm, Jr., Esquire, as counsel on behalf of Plaintiff, Infinity Computer Products Inc. in the above matter.

Respectfully submitted,

*/s/ Edward F. Behm, Jr.*
Edward F. Behm, Jr. (PA ID No. 90574)
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA  19102-2101
Telephone:  215-575-7155
Email:  ebehm@dilworthlaw.com

*Counsel for Plaintiff,*
*Infinity Computer Products Inc.*

Dated:  July 13, 2017

119675428_1

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2017, a copy of the foregoing Entry of Appearance was filed electronically with the Electronic Court Filing (CM/ECF) system of the United States District Court for the Eastern District of Pennsylvania, which will provide an electronic notice and copy to the attorneys of record below:

| | |
|---|---|
| Daniel Levy | Gary Allen Rosen |
| Dawn Sestito | LAW OFFICES OF GARY A ROSEN, PC |
| J. Kevin Murray | 63 W Lancaster Ave. Suite 1 |
| Mark A. Samuels | Ardmore, PA 19003-1413 |
| Ryan K. Yagura | Email: grosen@logarpc.com |
| Xin-Yi Zhou | |
| O'MELVENY & MYERS LLP | |
| 400 S. Hope St. | |
| Los Angeles, CA 90071 | |
| 213-430-6352 | |
| Email: dlevy@omm.com | |
| Email: dsestito@omm.com | |
| Email: kmurray2@omm.com | |
| Email: msamuels@omm.com | |
| Email: ryagura@omm.com | |
| Email: vzhou@omm.com | |

*/s/ Edward F. Behm*
Edward F. Behm, Jr.